THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Wayne McKnight,       
Appellant.
 
 
 

Appeal From Florence County
James E. Brogdon, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-581
Submitted July 15, 2003  Filed October 
 2, 2003

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia, for Appellant
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor Edgar Lewis Clements, III, of Florence, for 
 Respondent.
 
 
 

PER CURIAM:        Wayne McKnight was convicted 
 of second degree burglary and sentenced to fifteen years imprisonment.  He appeals. 

Pursuant to Anders v. California, 
 386 U.S. 738 (1967), counsel for McKnight attached to the final brief a petition 
 to be relieved as counsel, stating he had reviewed the record and concluded 
 McKnights appeal is without legal merit sufficient to warrant a new trial.  
 McKnight did not file a separate pro se response.
After a thorough review of the record 
 pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 
 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
 HEARN, C.J., CONNOR and ANDERSON, 
 JJ., concur.